UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

This Document Relates To All Actions

MASTER FILE

1:06-MD-1789 (JFK)

---

### ORDER FOR ADMISSION PRO HAC VICE ON ORAL MOTION

Upon the oral motion of William J. Beausoleil, attorney for defendant Merck & Co., Inc., and said sponsor attorney's declaration that applicant Michael B. MacWilliams is a member in good standing of the bar of the State of Maryland and of the United States District Court for the District of Maryland;

and that applicant's contact information is as follows:

    Applicant's Name: Michael B. MacWilliams

    Firm Name: Venable LLP

    Address: 2 Hopkins Plaza, Suite 1800

    City/State/Zip: Baltimore, Maryland 21201

    Telephone/Fax: 410.244.7514 (p), 410.244.7742 (f)

    Email Address: mbmacwilliams@venable.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for Merck & Co., Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Michael B. MacWilliams is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of the Court.

Dated: December 17, 2007

New York, New York

*John F. Keenan*
United States District Judge



# Certificate of Good Standing

UNITED STATES OF AMERICA

DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

DO HEREBY CERTIFY that, MICHAEL B. MacWILLIAMS, ESQUIRE, BAR NUMBER 23442, was duly admitted to practice in the United States District Court for the District of Maryland on June 23, 1995, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

Date: December 12, 2007

FELICIA C. CANNON
Clerk

Catherine Scaffidi - Deputy Clerk

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**MICHAEL B. MACWILLIAMS**

was, on the  5th  day of  January  A.D.  1998  admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this  12th  day of  December  A.D. 2007.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: 
**Deputy Clerk**



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

## E – FILING REGISTRATION FORM

**Requirements:** An attorney seeking to file documents electronically must be (1.) admitted to practice in the United States District Court for the Southern District of New York and be a member in good standing with the Court pursuant to Local Civil Rule 1.3 (2.) admitted pro hac vice or (3.) authorized to represent the United States of America.

**Instructions:** Complete this form to request an Electronic Case Filing (ECF) account from the United States District Court, Southern District of New York. Complete the form on-line and submit the form on-line **OR** print a hard copy, sign it, and present it to the Clerk's office at the address provided. **After verification, your user id and password will be electronically mailed to your e-mail address.**

(Please type your full name, including suffix, e.g. Sr., Jr., II, III, etc.)

First Name: Michael
Middle Name: Broughton
Last Name: MacWilliams
If appropriate, check one: Sr. [x]  Jr. [ ]  II [ ]  III [ ]

E-Mail: mbmacwilliams@venable.com
Telephone: (410) 244-7514
Fax: (410) 244-7742

Affiliation/Firm: Venable LLP
Firm's Telephone: (410) 244-7400

Address: 2 Hopkins Plaza, Suite 1800
City: Baltimore

State: (i.e. NY) MD    Zip: 21201    County of Affiliation/Firm: Baltimore

Please provide an alpha, numeric or alphanumeric code (unique personal identifier) that will be maintained confidentially for confirming your identity should you require your password changed or reassigned.    conormac1

Are you admitted to the bar of the Southern District of New York and a member in good standing or an attorney otherwise authorized to represent the United States?    Yes [x]    No [ ]

Date admitted to the bar of this Court or authorized to represent the United States: _____ (mm/dd/yyyy)
Bar Code (SDNY) / Govt. ID: _____

If admitted pro hac vice, please complete.
Date motion granted: _____ In case number: _____ (mm/dd/yyyy)

If Attorney of Record in MDL action, provide MDL case number: 06-1789

By submitting this form electronically or in paper form, I hereby agree to abide by all Court rules, orders, policies and procedures governing the use of the electronic filing system. I also consent to service by electronic means in the circumstances permitted under those rules, orders, policies and procedures. I understand that the combination of user id and password will serve as the signature of the attorney filing the documents pursuant to Rule 11 of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the Local Rules of this court. Therefore as a participating attorney, I agree to protect the security of my password and immediately notify the court if I suspect my password has been compromised. Also, as a participating attorney, I will promptly notify the court if there is _____ il address, firm address, telephone number, etc., and I will update the appropr

_[signature]_    12/12/2007
                   Date

Click button below to submit form on-line **OR** submit completed Registration Form *via hand delivery or U.S. Mail* to:
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
Attention: CM/ECF Registrar
500 Pearl Street
New York, NY 10007-1312

**Court Use Only:**
User Code Assigned: _____
Password Assigned: _____
Issuer: _____    SCAN [ ]   DB [ ]

**Click to Submit**    **Reset all fields**

SDNY Web 1/2003 attyreg.pdf